UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:07-cr-00106-JMS-TAB |
| ) | |
| LARRY WILLIAMS (03), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation dkt. [454] recommending that Larry Williams' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt. [454]. The Court finds that Mr. Williams committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [444]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Williams is sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months imprisonment with no supervised release to follow. The sentence is to be served consecutive to any state case the defendant is currently serving time for.

Date: 1/15/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal